UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| TODD MICHAEL WAGNER ) | CASE NO. 09-34770-HCD-13 |
| ) | |
| Debtor(s) ) | |
| ) | |

## OBJECTION TO CONFIRMATION OF DEBTOR(S) CHAPTER 13 PLAN

Comes now, Wells Fargo Bank, NA, by counsel and for its Objection to Confirmation of Debtor(s) Chapter 13 Plan, states as follows:

1. Debtor(s) filed the case on October 2, 2009.

2. Wells Fargo Bank, NA holds a validly perfected mortgage on the property located at 53341 Corwin Dr, Granger, IN 46530-5112.

3. Wells Fargo Bank, NA filed its Proof of Claim setting forth a total pre-petition arrearage in the sum of $5,576.32. The Proof of Claim further sets forth the current monthly mortgage payments due on the first day of each month in the sum of $1,719.20.

4. The plan fails to provide for post-petition installment payments.

5. The plan fails to provide for the claim of creditor.

6. The plan fails to provide for treatment of the collateral securing creditor's claim.

Wagner - File No. 036121B01

WHEREFORE, Wells Fargo Bank, NA, by counsel, respectfully requests that the Confirmation of Debtor(s) Chapter 13 Plan as filed be denied and for all other relief just and proper in the premises.

    FEIWELL & HANNOY, P.C.

    /s/ RANDY C. EYSTER
    RANDY C. EYSTER, Attorney No. 22643-49
    Attorney for Wells Fargo Bank, NA
    251 N. Illinois Street, Suite 1700
    Indianapolis, IN 46204-1944
    (317) 237-2727
    Fax: (317) 237-2717
    Email: REYSTER@feiwellhannoy.com

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on November 13, 2009, to the following:

Todd Michael Wagner
Debtor
10081 Billet Ct
Granger, IN 46530-7177

James K Tamke
Attorney at Law
115 South Lafayette Boulevard
South Bend, IN 46601

Debra L. Miller
Trustee
100 East Wayne Street, Suite 465  P.O. Box 11550
South Bend, IN 46601

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

/s/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No.
22643-49

Wagner - File No. 036121B01