UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| TODD MICHAEL WAGNER | ) CASE NO. 09-34770-HCD-13 |
| | ) |
| Debtor(s) | ) |
| | ) |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

Comes now Wells Fargo Bank, NA, (hereinafter referred to as "Wells Fargo"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1.  On October 2, 2009, the above-named Debtor(s) filed a petition pursuant to Chapter 13 of the Bankruptcy Code.

2.  Wells Fargo is the holder of a secured claim with an outstanding principal balance of $213,362.22. Said claim is secured by the real property located at 53341 Corwin Dr, Granger, IN 46530-5112, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A". The legal description for the subject real estate is:

    LOT NUMBERED FORTY-FOUR (44) AS SHOWN ON THE PLAT OF PLEASANT VALLEY NORTH SECTION THREE RECORDED JULY 7, 2006, IN THE OFFICE OF THE RECORDER OF ST. JOSEPH COUNTY, INDIANA, AS INSTRUMENT NO. 0628790.

3.  The above-described mortgage was given to secure a promissory note dated February 8, 2007, made payable to Wells Fargo Bank, N.A. in the original principal sum of $219,925.00. A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

4.  The interest of Wells Fargo has not been adequately protected by Debtor(s)

Wagner - File No. 036121B01

Chapter 13 Plan which proposes payments of arrearages within the Plan and post-petition mortgage payments to be made by Debtor(s) directly to Wells Fargo.

5. The mortgage loan is due for November 1, 2009 through January 1, 2010 payments at the monthly mortgage amount of $1,697.17, and late charges of $131.86, for an arrearage in the sum of $5,223.37, together with attorney fees and costs. The failure to make such payments allows no protection of the interests of Wells Fargo within the meaning of Section 362 of the Bankruptcy Code.

6. The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the stay to Wells Fargo within the meaning of §362 of the Bankruptcy Code.

7. Wells Fargo prays that the court order the Trustee's abandonment of the subject real estate.

WHEREFORE, Wells Fargo prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize Wells Fargo to foreclose its mortgage on the above-described property, order the Trustee's abandonment of the subject real estate and for all other relief as is just.

    FEIWELL & HANNOY, P.C.

    /s/ RANDY C. EYSTER
    RANDY C. EYSTER, Attorney No. 22643-49
    Attorney for Wells Fargo Bank, NA
    251 N. Illinois Street, Suite 1700
    Indianapolis, IN 46204-1944
    (317) 237-2727
    Fax: (317) 237-2717
    Email: REYSTER@feiwellhannoy.com

Wagner - File No. 036121B01

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on January 4, 2010, to the following:

Todd Michael Wagner
Debtor
10081 Billet Ct
Granger, IN 46530-7177

James K. Tamke
Attorney at Law
115 South Lafayette Boulevard
South Bend, IN 46601

Debra L. Miller
Trustee
100 East Wayne Street, Suite 465  P.O. Box 11550
South Bend, IN 46601

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

/s/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

Wagner - File No. 036121B01