UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| TODD MICHAEL WAGNER | )   CASE NO. 09-34770-HCD-13 |
| | ) |
| Debtor(s) | ) |
| | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

At South Bend, Indiana on January 26, 2010.

Wells Fargo Bank, NA (Hereinafter referred to as ("Wells Fargo"), by counsel having filed Motion for Relief from Stay and to Abandon Real Estate on the following described real property:

LOT NUMBERED FORTY-FOUR (44) AS SHOWN ON THE PLAT OF PLEASANT VALLEY NORTH SECTION THREE RECORDED JULY 7, 2006, IN THE OFFICE OF THE RECORDER OF ST. JOSEPH COUNTY, INDIANA, AS INSTRUMENT NO. 0628790.

More commonly known as 53341 Corwin Dr, Granger, IN 46530-5112, it is further,

ORDERED AND ADJUDGED: That Wells Fargo is granted relief from the automatic stay and the property is abandoned.

/s/ Harry C. Dees
Harry C. Dees, Jr., Judge
United States Bankruptcy Court

JS01